The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. CARLTON,<br><br>Defendant. | No. 2:24-cv-01542-RSM<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>November 14, 2024 |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff Securities and Exchange Commission ("Plaintiff") and Defendant William D. Carlton ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1.  Plaintiff filed its Complaint on September 27, 2024 (Dkt. 1);

2.  Plaintiff requested a waiver of service of the summons on September 27, 2024. Prior counsel for Defendant provided the signed waiver of service to the Commission on October 23, 2024, and the Commission filed it on October 24, 2024 (Dkt. 6).

3.  Pursuant to FRCP 12, Defendant's current deadline for answering or otherwise responding to the Complaint is November 26, 2024.

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION TO RESPOND
TO COMPLAINT - 1
(No. 2:24-cv-01542-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  4. Counsel for Plaintiff and Defendant have conferred and stipulate to an extension of time for Defendant to answer or otherwise respond to the Complaint from November 26, 2024 to January 3, 2025.

In making this stipulation, the Defendant does not waive, in this or any other action, any defenses or arguments, including but not limited to (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; or (iii) other statutory or common law defenses that may be available. Defendant expressly reserves the right to raise any such defenses (or any other defense) in response to either the Complaint or any amended complaint that may be filed in this action.

In consideration of the facts set forth above, the parties hereby stipulate and agree to extend the deadline for Defendant to answer or otherwise respond to the Complaint to January 3, 2025.

DATED this 14th day of November, 2024.

I certify that this memorandum contains 261 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Jack M. Lovejoy, WSBA No. 36962
Laurel A. Brown, WSBA No. 59015
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600
jcoopersmith@corrcronin.com
jlovejoy@corrcronin.com
lbrown@corrcronin.com

*Attorneys for Defendant William D. Carlton*

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION TO RESPOND
TO COMPLAINT - 2
(No. 2:24-cv-01542-RSM)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

U.S. SECURITIES AND EXCHANGE COMMISSION

*s/ David D'Addio*
David D'Addio
Susan R. Cooke
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
Ph: (617) 573-4526 (D'Addio direct)
daddiod@sec.gov
cookes@sec.gov

*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated this ___ day of November, 2024.

_____
The Honorable Ricardo S. Martinez
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION TO RESPOND
TO COMPLAINT - 3
(No. 2:24-cv-01542-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900