The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM D. CARLTON,<br><br>    Defendant. | No. 2:24-cv-01542-RSM<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL<br><br>NOTE ON MOTION CALENDAR: AUGUST 15, 2025 |

  Pursuant to Local Civil Rule 5(g), Plaintiff Securities and Exchange Commission and Defendant William D. Carlton (the "Parties") stipulate as follows:

  1. Defendant's Unopposed Motion to Amend Scheduling Order (Dkt. 17) (the "Motion to Amend") contains information that should remain under seal.

  2. The legal authority and factual basis for sealing the Motion to Amend are explained in that motion and are incorporated here by reference.

  3. Reciting that authority here would necessarily reveal information that should remain under seal.

  4. This Court has authority to seal documents if "(1) [sealing] serves a compelling interest: (2) there is a substantial probability that, in the absence of [sealing], this compelling interest would be harmed; and (3) there are no alternatives to [sealing] that would adequately protect the public interest." *United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017) (internal

STIPULATION AND [PROPOSED] ORDER - 1
(No. 2:24-cv-01542-RSM)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

quotation marks and citation omitted); *see also United States v. Parson*, No. 15-CR-05262-DGE, 2022 U.S. Dist. LEXIS 32842 at *5 (W.D. Wash. Feb. 24, 2022).

    5.    The Parties agree that this standard is met with respect to sealing the Motion to Amend.

For the foregoing reasons, the Parties stipulate and agree that the Motion to Amend Scheduling Order be maintained under seal.

DATED this 15th day of August, 2025.

I certify that this memorandum contains 202 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Colin M. George*
Jeffrey B. Coopersmith, WSBA No. 30954
Colin M. George, WSBA No. 45131
Jack M. Lovejoy, WSBA No. 36962
Laurel A. Brown, WSBA No. 59015
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600
jcoopersmith@corrcronin.com
jlovejoy@corrcronin.com
lbrown@corrcronin.com

*Attorneys for Defendant William D. Carlton*

U.S. SECURITIES AND EXCHANGE COMMISSION

*s/ David D'Addio*
David D'Addio
Susan R. Cooke
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
Ph: (617) 573-4526 (D'Addio direct)
daddiod@sec.gov
cookes@sec.gov

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER - 2
(No. 2:24-cv-01542-RSM)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

Dated this ___ day of August, 2025.

_____
The Honorable Ricardo S. Martinez
United States District Judge

STIPULATION AND [PROPOSED] ORDER - 3
(No. 2:24-cv-01542-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900