UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>WILLIAM D. CARLTON,<br><br>          Defendants. | Case No. C24-1542-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO SEAL AND DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER |

      This matter comes before the Court on the parties' Stipulated Motion to Seal, Dkt. #16, and Defendant's Unopposed Motion to Amend Scheduling Order, Dkt. #17. Having reviewed the instant Motions and remainder of the docket, the Court finds good cause to grant these Motions.

      Accordingly, the Court ORDERS that the parties' Stipulated Motion to Seal, Dkt. #16, is GRANTED. Defendant's Unopposed Motion to Amend Scheduling Order, Dkt. #17, will remain under seal. Defendant's Unopposed Motion, Dkt. #17, is GRANTED. The new trial date will be February 27, 2026. The Court will issue a revised scheduling order with related deadlines.

      DATED this 2nd day of September, 2025.

                                                RICARDO S. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

ORDER - 1