UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. CARLTON,<br><br>Defendant. | No. 2:24-cv-01542-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO SEAL |

The Court, having reviewed the record in this matter, finds good cause to GRANT the Stipulated Motion to Seal. Defendant's Unopposed Motion for Temporary Stay and Suspension of Case Deadlines (Dkt. 25) shall remain sealed.

IT IS SO ORDERED.

DATED this 2nd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE