UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>WILLIAM D. CARLTON,<br><br>              Defendant. | No. 2:24-cv-01542-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR TEMPORARY STAY AND SUSPENSION OF CASE DEADLINES |

The Court, having reviewed the record in this matter, finds good cause to GRANT Defendant's Unopposed Motion for Temporary Stay and Suspension of Case Deadlines. This case is hereby STAYED until further order of the Court. All case deadlines are suspended. Counsel for Defendant will report on status to the Court no later than January 30, 2026.

IT IS SO ORDERED.

DATED this 2nd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR
TEMPORARY STAY & SUSPENSION OF CASE DEADLINES - 1
(No. 2:24-cv-01542-RSM)