**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>WILLIAM D. CARLTON,<br>Defendant. | Case No. 2:24-cv-01542-RSM |

**JOINT STATUS REPORT**

Plaintiff, Securities and Exchange Commission ("Commission") and Defendant, William D. Carlton jointly submit this Status Report.

On November 14, 2025, Defendant filed an unopposed sealed motion to temporarily stay this case and suspend case deadlines. On December 2, 2025, the Court entered an Order granting Defendant's unopposed motion.

On September 17, 2026, Defendant pleaded guilty to criminal conduct relating to matters alleged in the Complaint in this action. In *United States v. Carlton*, Crim. No. 1:26-00429-RMB (S.D.N.Y.), Defendant pleaded guilty to violation of Rule 10b-5 under Section 10(b) of the Securities Exchange Act of 1934. Similar to the allegations in the Complaint, the count of the criminal information to which Defendant pleaded guilty alleged, among other things, that from at least January 2015 until at least August 2022, Defendant engaged in a scheme to defraud his investment advisory clients by "cherry picking." Defendant's sentencing is scheduled for January 2027.

Counsel for Defendant and counsel for the Commission are engaged in good faith settlement discussions to potentially resolve this action in light of Defendant's guilty plea. The parties respectfully propose that they provide a further status update no later than 60 days from today's date if they have not informed the Court of a settlement before that date.

September 30, 2026

*/s Ilene Jaroslaw*
*(signed electronically with permission)*
Ilene Jaroslaw
Elliott Levine Jaroslaw Neils LLP
One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
(212) 321-0510
ijaroslaw@eljnlaw.com

*Attorney for Defendant*

*/s Michael C. Moran*
Michael C. Moran
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8931
moranmi@sec.gov

*Attorney for Plaintiff*