The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>WILLIAM D. CARLTON,<br>Defendant. | No. 2:24-cv-01542-RSM<br>UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT<br>NOTE ON MOTION CALENDAR: October 23, 2026 |

Plaintiff, Securities and Exchange Commission ("Commission"), with the assent of Defendant, William D. Carlton ("Carlton") through his counsel, respectfully moves the Court to enter the attached proposed Judgment as to Carlton.

The Commission filed this action on September 27, 2024, alleging that between at least January 2015 and August 2022, Carlton engaged in a fraudulent trade allocation scheme called "cherry picking," in which Carlton benefited himself to the detriment of his investment advisory clients.

The Commission and Carlton have reached a settlement in this matter and agreed to the terms of the proposed Judgment. In support of this motion, the Commission has attached a Consent signed by Carlton, which memorializes his agreement to the terms of the Judgment.



SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900

The proposed Judgment provides the injunctive relief that the Commission seeks in its Complaint against Carlton. The Judgment further provides that the Commission's claims for monetary remedies against Carlton will be the subject of a future motion. Those monetary remedies include the Commission's claims for disgorgement of ill-gotten gains with prejudgment interest and a civil monetary penalty.

The Commission's claims for monetary remedies will be influenced by the outcome of Carlton's sentencing in a criminal matter. Specifically, on September 17, 2026, in *United States v. Carlton*, Crim. No. 1:26-00429-RMB (S.D.N.Y.), Carlton pleaded guilty to securities fraud for conduct relating to matters alleged in the Complaint. The count of the criminal information to which Carlton pleaded guilty alleged that from at least January 2015 until at least August 2022, Carlton defrauded investment advisory clients in a cherry picking scheme.

Carlton's sentencing in the criminal matter is scheduled for January 27, 2027. Carlton's sentence may include criminal forfeiture, restitution, or a term of incarceration, each of which would influence and potentially offset or reduce the Commission's request for monetary remedies in this action. The Commission therefore intends to address its claims for monetary remedies after Carlton's sentencing or as otherwise directed by the Court.

Accordingly, the Commission respectfully requests that the Court enter the attached proposed Judgment as to Defendant Carlton.

//

//

//

//

//

//

//



SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900

//

DATED this 23rd day of October, 2026.

I certify that this motion contains 337 words, in compliance with the Local Civil Rules.

SECURITIES AND EXCHANGE COMMISSION,

By its attorneys,

s/Michael C. Moran
Michael C. Moran
(admitted as federal government attorney)
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8931
moranmi@sec.gov